1004

[No. 28842-1-III.   Division Three.   January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO OLIVAREZ BARRON, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29144-8-III.   Division Three.   January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNESTO CERVANTES, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29633-4-III.   Division Three.   January 24, 2012.]

EXCELSIOR MORTGAGE EQUITY FUND II, LLC, *Respondent*, v. STEVEN F. SCHROEDER ET AL., *Appellants*.

. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

[No. 29700-4-III.   Division Three.   January 24, 2012.]

ROCHELLE CORNWELL, *Appellant*, v. ROSES & MORE, *Respondent*.

*Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, J.; Korsmo, A.C.J., dissenting.